COLONIAL HOMES, INC.

v.

The ZONING BOARD OF REVIEW, Town of Charlestown et al.

No. 84–273–A.

Supreme Court of Rhode Island.

June 21, 1984.

Thomas S. Hogan, East Providence, for plaintiff.

John P. Toscano, Jr., Westerly, for defendants.

ORDER

The Superior Court order reversing the decision of the Zoning Board of Review of the Town of Charlestown may only be re-

viewed by petition for certiorari. Therefore, the plaintiff's motion to dismiss the defendants' appeal is granted.